ALBERT C. MOORE, Plaintiff-Appellant, v. KNUDSEN TRUCKING COMPANY, INC., et al., Defendants-Appellees.

(No. 60226; ▮▮▮▮▮▮▮▮)

First District (3rd Division)—March 20, 1975

*Rehearing denied May 29, 1975.*

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Sidney S. Altman, of Chicago, for appellant.

James P. Whitney, of Paulson & Ketchum, of Chicago, for appellees.